**FORM 9A. Notice of Related Case Information**　　　　　　　　　　　　　　Form 9A (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-1969

**Short Case Caption** Xerox Corp. v. Facebook, Inc.

**Filing Party/Entity** Facebook, Inc.

---

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

---

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Palo Alto Research Center, Inc. v. Facebook, Inc., Case No. 2:20-cv-10753 AB (C.D. Cal)

Palo Alto Research Center, Inc. v. Twitter Inc. (n/k/a X Corp.), Case No. 2:20-cv-10754 (C.D. Cal)

Palo Alto Research Center, Inc. v. Snap Inc., Case No. 2-20-cv-10755 (C.D. Cal)

Twitter, Inc. (n/k/a X Corp.) v. Xerox Corp., Case No. IPR2021-01430 (PTAB)

Snap Inc. v. Xerox Corp., Case No. IPR2021-00986 (PTAB)

Xerox Corp. v. Snap Inc, Case No. 23-1967; United States Court of Appeals, Federal Circuit

Xerox Corp. v. X Corp., Case No. 23-1968; United States Court of Appeals, Federal Circuit

☐　　Additional pages attached

FORM 9A. Notice of Related Case Information            Form 9A (p. 2)
                                                        March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Facebook, Inc. (n/k/a Meta Platforms, Inc.)
> Xerox Corp.
> Palo Alto Research Center LLC (f/k/a Palo Alto Research Center Inc.)
> Twitter, Inc. (n/k/a X Corp.)
> Snap Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> See Attachment A

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/15/2023            Signature: /s/ Heidi L. Keefe

                            Name: Heidi L. Keefe

## ATTACHMENT A

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

COOLEY LLP:  Heidi L. Keefe; Mark R. Weinstein; Phillip Morton; Lowell D. Mead; Andrew C. Mace; Emily E. Terrell

PAUL HASTINGS:  Bruce S. Yen; David T. Okano; Philip Ou; Steven A. Marenberg; Yar R. Chaikovsky; Joseph E. Palys; Naveen Modi

GROOMBRIDGE WU BAUGHMAN & STONE:  J. Steven Baughman; Megan F. Raymond; Michael F. Milea

HAYNES & BOONE:  David L. McCombs; Raghav Bajaj

PAUL WEISS RIFKIND WHARTON & GARRISON:  Jenny C. Wu

MCKOOL SMITH P.C.:  Alan P. Block; David Sochia; James E. Quigley; Alexandra F. Easley

BIRD MARELLA BOXER WOLPERT NESSIM DROKS LINCENBERG & RHOW: Ekwan E. Rhow; Grace W. Kang

WILMER CUTLER PICKERING HALL AND DORR LLP: Mitchell S. Toledo; Joseph Taylor Gooch; Sonal Naresh Mehta