# United States Court of Appeals for the Federal Circuit

---

**XEROX CORP.,**
*Appellant*

v.

**META PLATFORMS, INC., FKA FACEBOOK, INC.,**
*Appellee*

---

2023-1969

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-01461.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

April 17, 2025
Date

Jarrett B. Perlow
Clerk of Court